IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS R. PITTS, an individual, ENIS LLC, a Washington limited liability company, MICHAEL WILES and GERALDINE WILES, husband and wife, SHARON WATT NEY, a married woman,<br><br>          Plaintiffs,<br><br>     vs.<br><br>ASSOCIATION OF PROPERTY OWNERS OF KEAUHOU ESTATES, a Hawaii non profit corporation,<br><br>          Defendants. | Civil No. 08-00414-HG-KSC |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION
FOR ORDER TO SHOW CAUSE AND FOR CONTEMPT (Doc. 317)

Findings and Recommendations having been filed and served on all parties on October 12, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE AND

FOR CONTEMPT FILED AUGUST 9, 2010," (Doc. 317), are

adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: November 9, 2010, Honolulu, Hawaii.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge